IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| LARRY GREENFIELD | : | |
| | : | |
| Plaintiff, | : | 3:24-cv-00682 |
| | : | (JUDGE MARIANI) |
| v. | : | |
| | : | |
| THE CITY OF SCRANTON | : | |
| | : | |
| Defendant. | : | |

**AND NOW, THIS 6th DAY OF DECEMBER 2024,** upon consideration of Defendant's Partial Motion to Dismiss, (Doc.12), and the parties' submissions, it is **HEREBY ORDERED THAT:** Defendant's Partial Motion to Dismiss Count II is **DENIED**.

Robert D. Mariani
United States District Judge